# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Mark Hagerman,<br><br>                    Plaintiff,<br><br>v.<br><br>Cornutt, et al.,<br><br>                    Defendants. | Case No. 2:23-cv-00491-APG-DJA<br><br>**Order** |

Before the Court is Plaintiff's motion for extension of time. (ECF No. 35). Plaintiff asks that the Court extend time, but does not specify which deadline or deadlines he is seeking to extend. The Court thus denies Plaintiff's motion without prejudice and with leave to re-file if Plaintiff specifies the deadline or deadlines for which he needs additional time. The Court will also send Plaintiff a copy of the current scheduling order in this case.

**IT IS THEREFORE ORDERED** that Plaintiff's motion for extension of time (ECF No. 35) is **denied without prejudice.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff a copy of this order along with a copy of the current scheduling order in this case filed at ECF No. 32.

DATED: March 14, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE