# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Mark Hagerman,<br><br>                Plaintiff,<br><br>v.<br><br>Cornutt, et al.,<br><br>                Defendants. | Case No. 2:23-cv-00491-APG-DJA<br><br>**Order** |

Before the Court is Defendants' motion for extension of the dispositive motion deadline. (ECF No. 38). No party has filed a response. *See* LR 7-2(d). The Court finds good cause to grant the motion. *See* Fed. R. Civ. P. 6(b). The Court *sua sponte* extends the remaining deadlines as well.

**IT IS THEREFORE ORDERED** that Defendants' motion for extension of time (ECF No. 38) is **granted.** The Clerk of Court is kindly directed to send Plaintiff a copy of this order.

**IT IS FURTHER ORDERED** that the following deadlines shall govern discovery:

Dispositive motions:        July 1, 2024

Joint pretrial order:        July 31, 2024

DATED: June 17, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE