**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MARK HAGERMAN,

    Plaintiff

v.

CORNUTT, et al.,

    Defendants

Case No.: 2:23-cv-00491-APG-DJA

**Order**

[ECF Nos. 49, 53]

The defendants move for leave to file declarations certifying to the authenticity of certain exhibits attached to the defendants' motion for summary judgment. ECF No. 49. I grant the motion as unopposed. LR 7-2(d).

Plaintiff Mark Hagerman moves for an extension of time to respond to the defendants' motion for summary judgment. ECF No. 53. I grant the motion as unopposed. LR 7-2(d).

I THEREFORE ORDER that the defendants' motion for leave to file (ECF No. 49) is GRANTED.

I FURTHER ORDER that the plaintiff's motion for extension of time (ECF No. 53) is GRANTED. Plaintiff Mark Hagerman has until October 22, 2024 to respond to the defendants' motion for summary judgment.

DATED this 2nd day of August, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE